IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

John C. Uncapher,

                                                                Case No. 5:17cv767

        Plaintiff(s)

    v.                                                JUDGMENT ENTRY

Commissioner of Social Security,

        Defendant(s)

    For the reasons stated in the Memorandum Opinion and Order filed concurrently, it is hereby

    ORDERED that the Court affirms the Commissioner's decision.

    IT IS SO ORDERED.

                                                        s/ James R. Knepp
                                                         United States Magistrate Judge